IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EDGAR VELOZ ALVARADO,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT LADWIG, Acting Director of the New Orleans Field Office of ICE, in his official capacity,<br><br>    Respondent. | No. 2:26-cv-02124-SHL-atc |

**ORDER FOR RESPONSE AND STAYING TRANSFER OF PETITIONER**

On February 7, 2026, Petitioner Edgar Veloz Alvarado filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Alvarado challenges his continued detention in the West Tennessee Detention Facility without a bond hearing, and seeks not a bond hearing but his "immediate, unconditional release," arguing that his detention is "void *ab initio*" and that "a bond hearing is an inadequate remedy in the face of the government's 'automatic stay' power and explicit defiance of judicial orders."  (ECF No. 1 at PageID 1.)  In addition, on February 11, 2026, Alvarado filed the Motion for Order Requiring Service, Response and Stay of Transfer, arguing that he has already served respondent via the United States Attorney's Office for the Western District of Tennessee, and requesting an order mirroring the Order Requiring Service in Hernandez Licona v. Ladwig, No. 2:26-cv-02081-SHL-atc, ECF No. 8 (W.D. Tenn. Jan. 30, 2026).  (ECF No. 8 at PageID 29.)  Upon review of the Petition, it is **ORDERED** as follows:

    (1)    Within **five days** of the entry of this Order, Respondent Scott Ladwig shall respond to the Petition for a Writ of Habeas Corpus in writing.

(2) Petitioner Alvarado may file a reply within **two days** after Ladwig's responsive filing.

(3) Ladwig shall not transfer Alvarado out of the West Tennessee Detention Center during the pendency of the Petition.

**IT IS SO ORDERED,** this 13th day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE